**STATE of Missouri, Plaintiff/Respondent.**

v.

**Jerry CHATMAN, Defendant/Appellant.**

**No. 65066.**

Missouri Court of Appeals,
Eastern District,
Division One.

Oct. 25, 1994.

Robert E. Steele, Jr., St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Michelle A. Freund, Asst. Atty. Gen., Jefferson City, for respondent.

Before GRIMM, C.J., REINHARD, P.J., and CRAHAN, J.

*ORDER*

PER CURIAM.

Defendant appeals his conviction by a jury in the Circuit Court of the City of St. Louis for attempted possession of a controlled substance, § 564.011, RSMo Supp.1986. The court sentenced defendant as a persistent offender to a term of eight years' imprisonment. We affirm. We have reviewed the record and find the claims of error to be without merit. An opinion would have no precedential value nor serve any jurisprudential purpose. Rule 30.25(b).